# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALEXANDER CISNEROS-VERA,**

**Petitioner,**

**v.**                                              **Case No. 26-CV-1066**

**DALE J. SCHMIDT,** *et al.*,

**Respondent.**

---

## ORDER TO RETURN MAGISTRATE JUDGE CONSENT FORM

---

On June 17, 2026, the court ordered the respondent, Sheriff Dale J. Schmidt, to answer the habeas petition filed by Alexander Cisneros-Vera no later than June 24, 2026. (ECF No. 4.) Schmidt has failed to timely respond or even appear in the case. However, the United States of America was served as a nominal party and filed a response opposing the petition. (ECF No. 7.) Its brief indicates that "counsel for the jail custodians have authorized the undersigned to state they join in this brief and do not intend to submit a separate filing." (*Id.* at 1 n.1.)

While the court is prepared to rule on the petition without further substantive response from Schmidt, it cannot do so without consent to this court's jurisdiction. Pursuant to the standing order of the Chief Judge, all parties must complete and return

the "Consent to Proceed Before a Magistrate Judge" form within twenty-one days of receiving it. As stated by the Chief Judge in her standing order, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**."

Therefore, the court now orders the respondent to submit a completed "Consent to Proceed Before a Magistrate Judge" form **within twenty-one days of this order**. If the respondent fails to return the completed form within twenty-one days of the date of this order, this matter will be randomly reassigned to a district judge for all further proceedings. The Clerk of Court shall provide the respondent with a copy of the consent form along with this order.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 25th day of June, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge